_____
**Rob Saltzman, Esquire**
**PLUESE, BECKER & SALTZMAN, LLC**
**Attorneys At Law**
RS1765
20000 Horizon Way, Suite 900
Mt. Laurel, NJ 08054-4318
(856) 813-1700
**Attorneys for the Mortgagee**
File No. 107924B

**UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF NEW JERSEY**

|  |  |
|---|---|
| In re: | : CASE NO. 20-16141-ABA |
|  | : CHAPTER 13 |
| James P. Degen | |
| Lisa L. Degen | : ENTRY OF APPEARANCE AND |
|  | REQUEST FOR SERVICE |
| Debtors | : OF NOTICES, PLEADINGS, ETC. |
|  | : |

      Please take notice that the undersigned hereby enters appearance in the above-captioned matter on behalf of the secured creditor, U.S. Bank Trust National Association, not in its individual capacity, but solely as Owner Trustee for Citigroup Mortgage Loan Trust 2021-A. All other states FC in Citigroup Mortgage Loan Trust 2021-A, and that, pursuant to Rule 2002(g), secured creditor hereby requests that all Notices, Pleadings and any other documents pertaining to this case be sent to both of the following addresses:

PLUESE, BECKER & SALTZMAN, LLC
20000 Horizon Way, Suite 900
Mt. Laurel, NJ 08054-4318

/s/ Rob Saltzman
Rob Saltzman, Esquire
Attorney for Secured Creditor,
U.S. Bank Trust National Association, not in its individual capacity, but solely as Owner Trustee for Citigroup Mortgage Loan Trust 2021-A. All other states FC in Citigroup Mortgage Loan Trust 2021-A

U.S. Bank Trust National Association, not in its individual capacity, but solely as Owner Trustee for Citigroup Mortgage Loan Trust 2021-A. All other states FC in Citigroup Mortgage Loan Trust 2021-A
c/o
Rushmore Loan Management Services
P.O. Box 55004
Irvine, CA 92619-2708

DATED: January 4, 2022