_____
**Rob Saltzman, Esquire**
**PLUESE, BECKER & SALTZMAN, LLC**
**Attorneys At Law**
RS1765
20000 Horizon Way, Suite 900
Mt. Laurel, NJ 08054-4318
(856) 813-1700
**Attorneys for the Mortgagee**
File No. 107924B

**UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF NEW JERSEY**

:    **CASE NO.  20-16141-ABA**

In re:

:    **CHAPTER   13**

    **James P. Degen**
    **Lisa L. Degen**      :    **ENTRY OF APPEARANCE AND**
                                                     **REQUEST FOR SERVICE**
    **Debtors**      :    **OF NOTICES, PLEADINGS, ETC.**

: 

       Please take notice that the undersigned hereby enters appearance in the above-captioned matter on behalf of the secured creditor, Citigroup Mortgage Loan Trust 2021-A, and that, pursuant to Rule 2002(g), secured creditor hereby requests that all Notices, Pleadings and any other documents pertaining to this case be sent to both of the following addresses:

| | |
|---|---|
| PLUESE, BECKER & SALTZMAN, LLC<br>20000 Horizon Way, Suite 900<br>Mt. Laurel, NJ 08054-4318 | Citigroup Mortgage Loan Trust 2021-A<br>c/o Rushmore Servicing<br>P.O. Box 619096<br>Dallas, TX 75261-9741 |

/s/ Rob Saltzman
Rob Saltzman, Esquire
Attorney for Secured Creditor,
Citigroup Mortgage Loan Trust 2021-A

DATED:  December 1, 2023