Form cscnodsc − ntccsclsnodis

## UNITED STATES BANKRUPTCY COURT

District of New Jersey
401 Market Street
Camden, NJ 08102

---

Case No.: 20−16141−ABA
Chapter: 13
Judge: Andrew B. Altenburg Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

| | |
|---|---|
| James P. Degen | Lisa L. Degen |
| 50 Park Blvd | 50 Park Blvd |
| Clementon, NJ 08021 | Clementon, NJ 08021 |

Social Security No.:
  xxx−xx−2693                                                xxx−xx−0080

Employer's Tax I.D. No.:

---

### NOTICE OF CASE CLOSED WITHOUT DISCHARGE

    All creditors and parties in interest are notified that the above−named case has been closed without entry of discharge for the reason(s) indicated below.

☐   Debtor has not filed a **Certificate of Debtor Education** proving compliance with the financial management course requirement for discharge.

☐   Joint debtor has not filed a **Certificate of Debtor Education** proving compliance with the financial management course requirement for discharge.

☐   Debtor has not filed a **Certification in Support of Discharge** certifying that all domestic support obligations due have been paid.

☐   Joint debtor has not filed a **Certification in Support of Discharge** certifying that all domestic support obligations due have been paid.

☐   Debtor has been granted a discharge under sections 727 or 1141 of the Bankruptcy Code in a case commenced within 8 years before the date of the filing of the petition.

☐   Joint debtor has been granted a discharge under sections 727 or 1141 of the Bankruptcy Code in a case commenced within 8 years before the date of the filing of the petition.

☑   Debtor has received a discharge in a case filed under chapter 7, 11, or 12 of the Bankruptcy Code during the 4−year period preceding the date of the petition; or in a case filed under chapter 13 of the Bankruptcy Code during the 2 year period preceding the date of the petition.

☑   Joint Debtor has received a discharge in a case filed under chapter 7, 11, or 12 of the Bankruptcy Code during the 4 year period preceding the date of the petition; or in a case filed under chapter 13 of the Bankruptcy Code during the 2 year period preceding the date of the petition.

☐   An Order denying or revoking the debtor's discharge was entered pursuant to section 727 of the Bankruptcy Code.

☐ An Order denying or revoking the joint debtor's discharge was entered pursuant to section 727 of the Bankruptcy Code.

If the debtor subsequently files a Motion to Reopen the Case to allow for the filing of the above document, the debtor must pay the applicable filing fee. If the debtor's case was closed because the debtor received a discharge in a previous case as set forth above, the debtor will have received a Notice of Clerk's Evidence of Previous Discharge providing an opportunity to be heard prior to case closing.

Dated: August 5, 2025
JAN: lgr

                                              Jeanne Naughton
                                              Clerk

United States Bankruptcy Court

District of New Jersey

| | |
|---|---|
| In re: | Case No. 20-16141-ABA |
| James P. Degen | Chapter 13 |
| Lisa L. Degen | |
|     Debtors | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0312-1 | User: admin | Page 1 of 3 |
| Date Rcvd: Aug 05, 2025 | Form ID: cscnodsc | Total Noticed: 24 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^     Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 07, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | James P. Degen, Lisa L. Degen, 50 Park Blvd, Clementon, NJ 08021-4004 |
| 518821069 | + | Borough of Clementon, 101 Gibbsboro Road, Clementon, NJ 08021-4035 |
| 518845425 | + | NewRez LLC, Denise Carlon, Esquire, 216 Haddon Avenue, Ste. 406, Westmont, NJ 08108-2812 |

TOTAL: 3

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Aug 05 2025 21:03:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Aug 05 2025 21:03:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| cr | + | Email/Text: nsm_bk_notices@mrcooper.com | Aug 05 2025 21:02:00 | Citigroup Mortgage Loan Trust 2021-A c/o Rushmore, PO Box 619096, Dallas, TX 75261-9096 |
| cr | + | Email/Text: nsm_bk_notices@mrcooper.com | Aug 05 2025 21:02:00 | Citigroup Mortgage Loan Trust 2021-A c/o Rushmore, c/o Rushmore Loan Management Services, P.O. Box 55004, Irvine, CA 92619-5004 |
| 518821068 | + | Email/Text: bncnotifications@pheaa.org | Aug 05 2025 21:02:00 | Aes/Navient, Attn: Bankruptcy, Po Box 2461, Harrisburg, PA 17105-2461 |
| 520100382 | + | Email/Text: nsm_bk_notices@mrcooper.com | Aug 05 2025 21:02:00 | Citigroup Mortgage Loan Trust 2021-A, c/o Rushmore Servicing, PO Box 619094, Dallas, TX 75261-9741, Citigroup Mortgage Loan Trust 2021-A, c/o Rushmore Servicing 75261-9094 |
| 519478158 | + | Email/Text: nsm_bk_notices@mrcooper.com | Aug 05 2025 21:02:00 | Citigroup Mortgage Loan Trust 2021-A, c/o Rushmore Loan Management Services, PO Box 52708, Irvine, CA 92619-2708, Citigroup Mortgage Loan Trust 2021-A, c/o Rushmore Loan Management Services 92619-2708 |
| 519478157 | | Email/Text: nsm_bk_notices@mrcooper.com | Aug 05 2025 21:02:00 | Citigroup Mortgage Loan Trust 2021-A, c/o Rushmore Loan Management Services, PO Box 52708, Irvine, CA 92619-2708 |
| 520100381 | + | Email/Text: nsm_bk_notices@mrcooper.com | Aug 05 2025 21:02:00 | Citigroup Mortgage Loan Trust 2021-A, c/o Rushmore Servicing, PO Box 619094, Dallas, TX 75261-9094 |
| 519047854 | | Email/Text: ECMCBKNotices@ecmc.org | Aug 05 2025 21:03:00 | Educational Credit Management Corporation, P.O. Box 16408, St. Paul, MN 55116-0408 |
| 519047855 | | Email/Text: ECMCBKNotices@ecmc.org | Aug 05 2025 21:03:00 | Educational Credit Management Corporation, P.O. Box 16408, St. Paul, MN 55116-0408, Educational Credit Management Corporatio, P.O. Box 16408, |

| Recipient ID | | Method | Date/Time | Name/Address |
|---|---|---|---|---|
| | | | | St. Paul, MN 55116-0408 |
| 518827614 | | Email/PDF: Bankruptcy_Prod@mohela.com | Aug 05 2025 21:06:55 | NAVIENT CFC, C/O Navient Solutions, LLC., PO BOX 9640, Wilkes-Barre, PA 18773-9640 |
| 518827592 | | Email/PDF: Bankruptcy_Prod@mohela.com | Aug 05 2025 21:06:55 | NAVIENT PC TRUST, C/O Navient Solutions, LLC., PO BOX 9640, Wilkes-Barre, PA 18773-9640 |
| 518821070 | + | Email/PDF: Bankruptcy_Prod@mohela.com | Aug 05 2025 21:06:59 | Navient, Attn: Bankruptcy, Po Box 9640, Wiles-Barr, PA 18773-9640 |
| 518821071 | + | Email/PDF: Bankruptcy_Prod@mohela.com | Aug 05 2025 21:17:46 | Navient, Po Box 9655, Wilkes Barre, PA 18773-9655 |
| 518870434 | | Email/Text: mtgbk@shellpointmtg.com | Aug 05 2025 21:02:00 | New Residential Mortgage LLC, c/o NewRez LLC d/b/a Shellpoint Mortgage, PO Box 10826, Greenville, SC 29603-0826 |
| 518821072 | + | Email/PDF: cbp@omf.com | Aug 05 2025 21:28:17 | OneMain Financial, Attn: Bankruptcy, 601 Nw 2nd St #300, Evansville, IN 47708-1013 |
| 518829305 | + | Email/PDF: cbp@omf.com | Aug 05 2025 21:06:53 | OneMain Financial, PO Box 3251, Evansville, IN 47731-3251 |
| 518843191 | + | Email/Text: bncnotifications@pheaa.org | Aug 05 2025 21:02:00 | PHEAA, PO Box 8147, Harrisburg, PA 17105-8147 |
| 518821073 | + | Email/Text: mtgbk@shellpointmtg.com | Aug 05 2025 21:02:00 | Shellpoint, PO Box 619063, Dallas, TX 75261-9063 |
| 518822312 | ^ | MEBN | Aug 05 2025 20:58:47 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |

TOTAL: 21

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Aug 07, 2025        Signature:        /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 5, 2025 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Andrew B Finberg | on behalf of Trustee Andrew B Finberg courtmail@standingtrustee.com ecf.mail_9022@mg.bkdocs.us |
| Andrew B Finberg | courtmail@standingtrustee.com ecf.mail_9022@mg.bkdocs.us |

| | | |
|---|---|---|
| District/off: 0312-1 | User: admin | Page 3 of 3 |
| Date Rcvd: Aug 05, 2025 | Form ID: cscnodsc | Total Noticed: 24 |

Andrew Thomas Archer
    on behalf of Debtor James P. Degen aarcher@spillerarcherlaw.com bankruptcy@brennerlawoffice.com;mcdoherty_187750@ecf.courtdrive.com

Andrew Thomas Archer
    on behalf of Joint Debtor Lisa L. Degen aarcher@spillerarcherlaw.com bankruptcy@brennerlawoffice.com;mcdoherty_187750@ecf.courtdrive.com

Denise E. Carlon
    on behalf of Creditor NewRez LLC d/b/a Shellpoint Mortgage Servicing dcarlon@kmllawgroup.com bkgroup@kmllawgroup.com

Robert P. Saltzman
    on behalf of Creditor Citigroup Mortgage Loan Trust 2021-A c/o Rushmore Loan Management Services LLC dnj@pbslaw.org

Robert P. Saltzman
    on behalf of Creditor Citigroup Mortgage Loan Trust 2021-A c/o Rushmore Servicing dnj@pbslaw.org

Sindi Mncina
    on behalf of Creditor NewRez LLC d/b/a Shellpoint Mortgage Servicing smncina@raslg.com

U.S. Trustee
    USTPRegion03.NE.ECF@usdoj.gov

TOTAL: 9